Case 1:24-mj-00075-RMM

Case: 1:24-mj-00075
Assigned To : Judge Robin M. Meriweather
Assign. Date : 02/29/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On February 25, 2024, at approximately 1935 hours, in front of 2704 Wade Road Southeast, Washington, D.C. 20020, members of the Metropolitan Police Department ("MPD") Seventh District Special Missions Unit were in full uniform and were operating marked scout cars. Officers had received reliable information regarding a disorderly group inside of 2702 Wade Road Southeast. As officers were walking to the building, officers observed an individual quickly turn around and sprint away after observing officers walking to the building. The person running away was later identified as Anthony Burns ("Burns").

As Burns was sprinting away, officers observed that Burns appeared to be repeatedly reaching toward the front side of his torso, between his mid-section and chest area. Moments later, Sergeant Barr observed that Burns made an overt throwing motion and appeared to throw an object over a fence toward an open field on the side of the 1200 Block of Eaton Road Southeast.

Burns continued to run through an alley between Eaton Road Southeast and Sumner Road Southeast. At that time, officers briefly lost sight of Burns in the alley; however, officers observed Burns hiding on the side of 1215 Sumer Road Southeast. Burns was subsequently detained without further incident.

Sergeant Barr went directly to the location where he observed Burns throwing an object and located a black handgun in the field on the side of the 1200 Block of Eaton Road Southeast. The firearm was collected by the Department of Forensic Sciences. The firearm was a black Glock 27 (Serial Number: AGCE872) with 21 rounds in the magazine and one in the chamber. The magazine attached to the firearm appeared to have a capacity of 22 rounds and the firearm appeared to have a flashlight/laser attached. Furthermore, the firearm slide was slightly pushed back with a round of ammunition stuck in the ejection port. The front of the firearm also had debris in it that was consistent with the ground in the field in which the firearm was recovered. It should be noted that the firearm did not have any debris on the side facing upward, away from the ground.

Burns was placed under arrest for Felon in Possession, Carrying a Pistol without a License, Possession of Unregistered Firearm, Possession of Unregistered Ammunition, and Possession of a Large Capacity Ammunition Feeding Device. Burns was transported to a local area hospital pending processing at the Seventh District.

Subsequently, officers obtained video footage from the camera affixed to the front of 2704 Wade Road Southeast, which showed Burns running away as the officers approached in the courtyard area of 2704 Wade Road Southeast.

Furthermore, officers were aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have travelled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of Burns revealed that he was previously convicted of several felonies, *inter alia*, Conspiracy to Interfere with Interstate Commerce by Robbery, Interference with Interstate Commerce by Robbery, and Using, Carrying, Brandishing, and Possessing a Firearm During a Crime of Violence, in the United States District Court for the District of Columbia, case number 16-CR-023 (ABJ), all crimes punishable by a term of imprisonment exceeding one year. Additionally, Burns was sentenced to eighty-four months of incarceration, consecutive to twenty-four months of incarceration, on counts to which he pled guilty and therefore had knowledge that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year.

_____
MPD Officer Ty Amarant-West
Badge No. 4959
Metropolitan Police Department

Subscribed and sworn pursuant to Federal Rule of Criminal Procedure 4.1 by telephone on February 29, 2024.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge